**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENYUATA HESTER | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 26-500-JLH |
| WIDENER UNIVERSITY | : | |
| Defendant. | : | |

**MOTION AND ORDER FOR AUTHORIZATION TO APPEAR PURSUANT TO LOCAL RULE 83.5(f)(2)**

Pursuant to Local Rule 83.5(f)(2) and the attached certification, counsel hereby applies to appear before this Court to represent Widener University in this matter.

/s/ *Virginia Whitehill Guldi*
Virginia Whitehill Guldi, ID No. 2792
LAMB McERLANE, PC
24 East Market Street
P.O. Box 5656
West Chester, Pennsylvania 19381
Telephone: (610) 430-8000
Email: vguldi@lambmcerlane.com

Attorneys for Widener University

Date: May 7, 2026

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Authorization to Appear Pursuant to Local Rule 83.5(f)(2) is granted.

Date: __________________

_____________________________________________
The Honorable Jennifer L. Hall
United States District Judge

**CERTIFICATION BY COUNSEL SEEKING AUTHORIZATION TO APPEAR PURSUANT TO LOCAL RULE 83.5(f)(2)**

Pursuant to Local Rule 83.5(f)(2), I certify that I am admitted to the Bar of this Court and in good standing, I am admitted, practicing and in good standing as a member of the Bar of Pennsylvania. I am subject to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

/s/ *Virginia Whitehill Guldi*
Virginia Whitehill Guldi, ID No. 2792
LAMB McERLANE, PC
24 East Market Street
P.O. Box 5656
West Chester, Pennsylvania 19381
Telephone: (610) 430-8000
Email: vguldi@lambmcerlane.com

Date: May 7, 2026