**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENYUATA HESTER<br><br>Plaintiff,<br><br>v.<br><br>WIDENER UNIVERSITY<br><br>Defendant. | Civil Action No. 26-500-JLH |

**MOTION AND ORDER FOR AUTHORIZATION TO APPEAR PURSUANT TO LOCAL RULE 83.5(f)(2)**

Pursuant to Local Rule 83.5(f)(2) and the attached certification, counsel hereby applies to appear before this Court to represent Widener University in this matter.

/s/ *Virginia Whitehill Guldi*
Virginia Whitehill Guldi, ID No. 2792
LAMB McERLANE, PC
24 East Market Street
P.O. Box 5656
West Chester, Pennsylvania 19381
Telephone: (610) 430-8000
Email: vguldi@lambmcerlane.com

Attorneys for Widener University

Date: May 7, 2026

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Authorization to Appear Pursuant to Local Rule 83.5(f)(2) is granted.

Date: May 7, 2026

The Honorable Jennifer L. Hall
United States District Judge